UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TIMOTHY EVANS                                                                                    PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:09CV485-RHW

MELVIN BRISOLARA et al                                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that the [18] Motion to Amend is GRANTED in part and DENIED in part; and the [22, 28] Motions to Dismiss are GRANTED. Plaintiff's lawsuit is dismissed with prejudice for failure to state a claim upon which relief may be granted.

SO ORDERED, this the 26th day of March, 2010.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE